### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JAMES WARREN, )<br>)<br>and )<br>)<br>2. JOSHUA CARLSON, )<br>)<br>Plaintiffs. )<br>)<br>v. )<br>)<br>1. WESTERN TRANSPORTATION, INC., )<br>)<br>2. SANDFORD OIL COMPANY, INC., )<br>)<br>Defendant. ) | Case No. CIV-14-805-D |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

### RESPECTFULLY SUBMITTED THIS 13th DAY OF NOVEMBER, 2014.

s/ Amber L. Hurst
Mark Hammons, OBA No. 3784
Amber Hurst, OBA No. 21231
HAMMONS, GOWENS, HURST
   & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: Amberh@hammonslaw.com
*Counsel for Plaintiff*

s/ Jonathan G. Rector
(*Signed by filing counsel with permission of Mr. Rector*)
Jonathan G. Rector, OBA No. 30691
LITTLER MENDELSON, P.C.
A Professional Corporation
2001 Ross Ave.
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
Telephone: (214) 880.8100
Facsimile: (214) 880.0181
Email: jrector@littler.com
*Counsel for Defendant*